Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# United States District Court

for the

District of Colorado

Division

Matthew A. Smith

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Regis University

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________ *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 17 2024
JEFFREY P. COLWELL
CLERK

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew A. Smith |
| Street Address | P.O. Box 350217 |
| City and County | Westminster, Adams |
| State and Zip Code | Colorado, 80035 |
| Telephone Number | 720-231-9289 |
| E-mail Address | msmith11@hotmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

| | |
|---|---|
| Defendant No. 1 | |
| Name | Regis University |
| Job or Title *(if known)* | Guard |
| Street Address | 3333 Regis Blvd. |
| City and County | Denver, Denver |
| State and Zip Code | Colorado, 80221 |
| Telephone Number | 1-800-388-2366 |
| E-mail Address *(if known)* | |
| | |
| Defendant No. 2 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |
| | |
| Defendant No. 3 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |
| | |
| Defendant No. 4 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |

| | |
|---|---|
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| | | | |
|---|---|---|---|
| ☐ | Federal question | ☒ | Diversity of citizenship (circled) |

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

| | | |
|---|---|---|
| The plaintiff, *(name)* | Matthew A. Smith | , is a citizen of the |
| State of *(name)* | Colorado | . |

b. If the plaintiff is a corporation

| | | |
|---|---|---|
| The plaintiff, *(name)* | | , is incorporated |
| under the laws of the State of *(name)* | | , |
| and has its principal place of business in the State of *(name)* | | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, _____ *(name)*, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, Regis University *(name)*, is incorporated under the laws of the State of *(name)* Colorado, and has its principal place of business in the State of *(name)* Colorado.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: TBD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Matthew Smith ("Plaintiff" or "Smith") has asserted four claims against Regis in connection with his unsuccessful application for a Campus Safety Officer position at Regis as follows:

- disability discrimination;
- negligent hiring (who was hired);
- negligent supervision (hiring access); and
- deceit.

Regis denies Smith's claims in their entirety for the reasons set forth below.

Factual Background

On April 10, 2024, Smith applied for a position as a full-time Campus Safety Officer with Regis. As part of his application, Smith uploaded a copy of his resume as well as two photographs of what appear to be a security guard license from a prior position.[redacted]. Smith also responded to eight general questions pertaining to the job, stating as follows: (1) he met the minimum qualifications for the job; (2) he had never been discharged or subjected to disciplinary action; (3) he had never resigned after being accused of misconduct or after being told that an employer intended to fire him; (4) his desired start date was 4/15/24; (5) he is legally authorized to work in the U.S.; (6) he does not require sponsorship for employment visa status; (7) his preferred campus locations were Northwest Denver or Thornton; and (8) he does not have any relatives employed at Regis. (Ex. B). The information and documents detailed above is the entirety of what Smith submitted as part of his application for the position.

Lance Jones and Ed Perez conducted the hiring for the Campus Safety Officer position. Jones observed Smith's application and his resume, which showed Smith holding nine current positions. Specifically, Smith's resume detailed the following as his current positions:

(1) Traffic Control, Construction, Capable: Warehouse, Clerical, & Payroll Services; (2) Security- American Guard Services; (3) Security- Brosnan Risk Consultants; (4) Member- Urban Consignments; (5) Member- RPCJUSA- Royal Plus Corporate Judicial USA (Non-Profit); (6) Member- SHT- Smith, Hall and Tanson Legal Services; (7) eCommerce Retail Manager; (8) Administration Manager; and (9) Contracting Manager.

Jones was BIASED of the fact that Smith SEEMED to be performing nine current roles raised the concern that he might not be able to devote his full time and attention to working at Regis which should be IRRELEVANT.

Jones and Perez failed to call, email, or text to clarify any confusions in the full-time Campus Safety Officer position process. They also failed to answer his ADA requests. For that reason Smith failed to include any description of his job duties at his current or former roles, giving Jones and Perez no indication as to whether Smith had prior work experience that aligned with the duties of the Campus Safety Officer role for which they were hiring. For these reasons, Smith was not advanced to the next round of the hiring process. Regis notified Smith on April 22, 2024 that he had not been selected for the position.

The candidate who was ultimately selected for the role had only one current position and detailed in his application his three years of experience as a security guard, as well as the roles and responsibilities that he performed at his prior positions which aligned with the Campus Safety Officer role.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis

for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | | |
|---|---|---|
| Date of signing: | 12-16-24 | |

| | | |
|---|---|---|
| Signature of Plaintiff | [illegible] | |
| Printed Name of Plaintiff | Matthew A Smith | |

### B. For Attorneys

| | | |
|---|---|---|
| Date of signing: | | |

| | | |
|---|---|---|
| Signature of Attorney | | |
| Printed Name of Attorney | | |
| Bar Number | | |
| Name of Law Firm | | |
| Street Address | | |
| State and Zip Code | | |
| Telephone Number | | |
| E-mail Address | | |