IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03490-RTG

MATTHEW A. SMITH,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff, Matthew A. Smith, is a resident of Westminster, Colorado. Mr. Smith has submitted for filing *pro se* a Complaint for a Civil Case (ECF No. 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2), and a Motion to Remove Sanction For Suit (ECF No. 3). The action will be dismissed for the reasons stated below.

Mr. Smith is subject to a sanction order that restricts his ability to file *pro se* actions in the District of Colorado. *See Smith v. Byron White 10th Circuit Fed. Court*, No. 14-cv-00669-LTB (D. Colo. Mar. 10, 2014). The sanction order was entered April 4, 2014, as a result of Mr. Smith's abusive history of filing frivolous actions. (*See id.* at ECF No. 7.) In the sanction order Mr. Smith was "prohibited from filing any new action in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the District of Colorado unless he obtains permission to proceed *pro se*" by following the procedures specified in the sanction

order. In order to proceed *pro se*, Mr. Smith must submit a motion requesting leave to file a *pro se* action that includes a list of all past and currently pending lawsuits filed in the District of Colorado, a statement of the legal issues to be raised in the proposed new pleading and whether he has raised those issues in other proceedings in the District of Colorado, and a copy of the proposed new pleading to be filed in the *pro se* action.

Mr. Smith is not represented by counsel in this action and he has not obtained permission to proceed *pro se*. Even construing the Motion to Remove Sanction for Suit as a motion for leave to file a *pro se* action, Mr. Smith fails to persuade the Court he should be allowed to proceed *pro se* in this action. First, Mr. Smith has not used the District of Colorado pleading form as required by the Court's local rules. Second, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is missing some required financial information and includes inconsistent financial information regarding Mr. Smith's income and recent work history. Third, Mr. Smith does not provide a list of all past and currently pending lawsuits filed in the District of Colorado, a statement of the legal issues to be raised in the proposed new pleading, and whether he has raised those issues in other proceedings in the District of Colorado. Fourth, Mr. Smith does not provide a short and plain statement of his claims in the Complaint for a Civil Case (ECF No. 1) that demonstrates he is entitled to relief as required by Rule 8 of the Federal Rules of Civil Procedure.

For these reasons, the action will be dismissed pursuant to the sanction order. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be

denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Motion to Remove Sanction for Suit (ECF No. 3) is denied. It is

FURTHER ORDERED that the Complaint for a Civil Case (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this 18th day of December, 2024.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court