IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03490-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

REGIS UNIVERSITY,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 18, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 18th day of December, 2024.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ S. Phillips,
        Deputy Clerk